UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN THE MATTER OF:  
Pacer M Hibler  
Sandy M Hibler  
112 Watersfield Road  
Leland, NC 28451  

CASE NO.:  
10-06482-8-JRL

SSNs: xxx-xx-5903  
xxx-xx-0898

DEBTORS                                          CHAPTER 13

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COME the Debtors, by and through their undersigned counsel, and move the Court for an Order modifying the Debtors' Chapter 13 Plan and show unto the Court as follows:

1. The Debtors' Chapter 13 Petition was filed on August 12, 2010.

2. The Section 341 Meeting was held on September 15, 2010.

3. The Debtors' Chapter 13 Plan was confirmed on November 15, 2010.

4. That the Trustee filed a Notice of Requirement to Modify Plan in order to pay the August, 2010 mortgage payment (attached hereto as Exhibit "A").

5. That the Debtor's plan shall be modified from $1,788.00 for 1 month, then $1,797.00 for 56 months to $1,788.00 for 1 month, $1,797.00 for 5 months, then $1,825.00 for 54 months, with the $,1825.00 payment beginning March 1, 2011.

6. The dividend to unsecured creditors will not be reduced by said modification from the amount scheduled at confirmation and satisfaction of the liquidation test will not be adversely affected in that the unsecured creditors will receive more than necessary to satisfy the liquidation test.

7. That this would be in the best interest of the Debtors, the Debtors' estate, and all parties in interest.

WHEREFORE, the undersigned prays the Court for an Order modifying the Chapter 13 Plan from $1,788.00 for 1 month, then $1,797.00 for 56 months to $1,788.00 for 1 month, $1,797.00 for 5 months, then $1,825.00 for 54 months, with the $,1825.00 payment beginning March 1, 2011.

.

This the 14 day of February, 2011.

                                              Robert J. Anderson
                                              NC State Bar No. 37992
                                              GILLESPIE & MURPHY, P.A.
                                              321 N. Front Street
                                              Wilmington, NC 28401
                                              rja@lawyersforchrist.com

STATE OF NORTH CAROLINA                                              VERIFICATION
COUNTY OF New Hanover

     We, Pacer M Hibler and Sandy M Hibler, being first dully sworn, depose and say:

That they are the Debtors in the foregoing case; that they has read the MOTION TO MODIFY CHAPTER 13 PLAN and knows the contents thereof; that the same is true of their knowledge, except those matters therein stated upon information and belief and as they believe them to be true.

     This the 14 day of February, 2011.

_____
Pacer M Hibler

_____
Sandy M Hibler

Sworn to and subscribed
before me this 14th
day of February
2011.

_____
Notary Public

My Commission Expires:

11/12/11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN THE MATTER OF:  
Pacer M Hibler  
Sandy M Hibler  
112 Watersfield Road  
Leland, NC 28451

CASE NO.:  
10-06482-8-JRL

SSNs: xxx-xx-5903  
xxx-xx-0898

DEBTORS

CHAPTER 13

NOTICE OF MOTION

TO: All Parties In Interest

   NOTICE IS HEREBY GIVEN of the Motion to Modify Chapter 13 Plan from $1,788.00 for 1 month, then $1,797.00 for 56 months to $1,788.00 for 1 month, $1,797.00 for 5 months, then $1,825.00 for 54 months, with the $,1825.00 payment beginning March 1, 2011; filed simultaneously herewith by the attorney for the movant in the above-captioned case; and

   FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing in writing within 21 days from the date of this Notice, the relief requested in the Motion may be granted without further hearing or Notice; and

   FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for hearing is filed by the party named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice.

DATE OF NOTICE: February 14, 2011

Robert J. Anderson  
NC State Bar No. 37992  
GILLESPIE & MURPHY, P.A.  
321 N. Front Street  
Wilmington, NC 28401  
rja@lawyersforchrist.com

## CERTIFICATE OF SERVICE

I, Robert J. Anderson, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 14 day of February, 2011, copies of the foregoing **NOTICE OF MOTION** were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification as indicated:

| | |
|---|---|
| Robert R Browning<br>Chapter 13 Trustee<br>P O Box 8248<br>Greenville, NC 27835 | Kperry@browning-hill.com |
| USAA<br>Attn: Managing Agent<br>PO Box 829009<br>Dallas, TX 75382-9009 | Certified Mail |
| Pacer M Hibler<br>Sandy M Hibler<br>112 Watersfield Road<br>Leland, NC 28451 | |

See the attached matrix attached hereto.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: February 14, 2011.

Robert J. Anderson

AT&T Universal Card
Attn: Managing Agent
PO Box 6500
Sioux Falls, SD 57117

AT&T Universal/Citi
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Attorney General Child Support
Attn: Bankruptcy
PO Box 12017 Credit Group
Austin, TX 78711

Bank Of America
Attn: Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC 27410

Barclays Bank Delaware
Attn: Customer Support Department
PO Box 8833
Wilmington, DE 19899

Best Buy
Attn: Managing Agent
P O Box 15521
Wilmington, DE 19850

Chase
Attention: Managing Agent
PO Box 15298
Wilmington, DE 19850

Chase
Attn: Managing Agent
PO Box 15298
Wilmington, DE 19850-5298

Citi
Attention: Managing Agent
PO Box 22060
Tempe, AZ 85285-2060

Citi Financial
Attention: Managing Agent
PO Box 183041
Columbus, OH 43218-3041

Citifinancial Retail Services
Attn: Bankruptcy Dept
1111 Northpoint Dr
Coppell, TX 75019

Gillespie & Murphy
Attention: Managing Agent
PO Drawer 888
New Bern, NC 28563

HSBC Best Buy
Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197

IRS
Attn: Managing Agent
PO Box 21126
Philadelphia, PA 19114

Kohl's
Attn: Managing Agent
PO Box 2983
Milwaukee, WI 53201

Kohls
Attn: Recovery Dept
PO Box 3120
Milwaukee, WI 53201

NC Dept of Revenue
Attn: Managing Agent
PO Box 25000
Raleigh, NC 27640-0640

Sam's Club
Attention: Managing Agent
PO Box 530942
Atlanta, GA 30353-0942

Sams Club
Attention: Bankruptcy Department
PO Box 105968
Atlanta, GA 30353

Sears
Attention: Managing Agent
PO Box 6282
Sioux Falls, SD 57117-6282

USAA
Attn: Managing Agent
9800 Fredericksburg Rd.
San Antonio, TX 78288

USAA
Attn: Managing Agent
P O Box 65020
San Antonio, TX 78265

USAA Federal Savings Bank
Attention: Managing Agent
PO Box 2005
Owensboro, KY 42302

USAA Federal Savings Bank
Attention: Managing Agent
10750 Mcdermott Fwy
San Antonio, TX 78288

USAA Federal SB
Attention: Managing Agent
4801 Frederica St
Owensboro, KY 42301

USAA Savings Bank
Attention: Managing Agent
PO Box 47504
San Antonio, TX 78265

# Chapter 13 Office
# Robert R. Browning, Trustee
# P.O. Box 8248
# Greenville, NC 27835
# 252-758-6530


RECEIVED
JAN 2 6 2011

To:                                    DATE: January 24, 2011

MR. ROBERT J. ANDERSON            DEBTOR(S): PACER M. HIBLER
ATTORNEY AT LAW                              SANDY M. HIBLER
321 N. FRONT STREET
WILMINGTON, NC 28401              CASE NO: 10-06482-8-JRL

                                  RE: MODIFICATION

Dear Mr. Anderson:

This Chapter 13 Plan must be modified to pay the secured claims as filed.

The following change is needed:

The plan payments need to be $1825.00 for the remaining fifty four (54) months of the plan **beginning March, 2011.**

**The new Plan needs to be: $1788.00 @ 1 month, $1797.00 @ 5 months, $1825.00 @ 54 months.**

If a Motion to Modify, or an objection to the claim is not filed within twenty (20) days, the Trustee may move for a dismissal of the Chapter 13 Plan.

Thank you for your cooperation.

                    S/Robert R. Browning
                    Robert R. Browning, Chapter 13 Trustee


This modification does not affect any previous Consent Order or Motion to Dismiss for failure to make plan payments.


Cc:  MR. AND MRS. PACER M. HIBLER
     112 WATERSFIELD ROAD
     LELAND, NC 28451


EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| Debtor | PACER HIBLER | | | Case Number | 1006482 |
| SSN: | 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 | | | Plan Date | |
| Joint Debtor | SANDY HIBLER | | | Chapter | 13 |
| SSN: | 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 | | | Court Location | 278 |
| Attorney | GILLESPIE & MURPHY, PA | | | District | 04174 |
| | | | | Judge | 505 |

**Budget Information** — Monthly Income

| | |
|---|---|
| Debtor | 5,584.85 |
| Joint Debtor | .00 |
| Other | .00 |
| Total | 5,584.85 |
| Expenses | 5,626.42 |
| Balance | -41.57 |
| Avg Pay Abate | 1,796.85 |
| Est Months in Plan | 60 |
| Comp Percentage | 3.00 |
| Expense Percentage | 5.00 |
| Avg Monthly Payment | 1,818.36 |
| Unsec Pay% | .00 |
| Pmts to Cont Claims | 0.00 |

**Chapter 7 Liquidation Test**

| | |
|---|---|
| Estate Value | .00 |
| Liens | .00 |
| Exemptions | .00 |
| Other Costs | .00 |
| Required to Unsecured | 0.00 |
| Min. Unsec Pay% | .00 % |

☐ Override Claim Values

| | | Fees | Balance | Paid at | |
|---|---|---|---|---|---|
| Secured Total Due | 98,369.76 ✓ | | 0.00 | 100.00% | 59 |
| Priority Total Due | 2,003.00 ✓ | | 0.00 | 100.00% | 1 |
| Unsecured Total Due | 74,755.54 ✓ | | 0.00 | 0.00% | |
| Total Claims Due | 175,128.30 | | 0.00 | | |

*These totals exclude continuous claims*

| | |
|---|---|
| Base | 0.00 |
| Plan Unsecured | 0.00 |
| Est Total paid into Plan | 109,101.60 |

**SEE ALERTS**

1/24/11

1788 X 1
1797 X 5
1825 X 54 starting March, 2011

To pay secured claims as filed

III. Claims Detail

Case Number: 1006482
Report Date: 1/13/2011

### A. Priority and Specially Classified Unsecured Claims:

| | Creditor's Name | Amount Claimed | Proposed Principal Amount | Interest Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|---|---|
| 016 | INTERNAL REVENUE SERVICE | .00 | 1.00 | .00 | 60 | | 1.00 |
| 019 | NC DEPT OF REVENUE | .00 | 1.00 | .00 | 60 | | 1.00 |
| 022 | TX C/S BANKRUPTCY REPORTING CONTACT | .00 | 1.00 | .00 | 60 | | 1.00 |
| 799 | GILLESPIE & MURPHY, PA | 2,000.00 | | | 60 | 33.33 | 2,000.00 |

Total Fix Pymnts: 33.33

Total Claimed Amount: $ 2,000.00        Total Due Claims: $ 2,003.00

### B. Secured Claims: The following secured claims are known to the Trustee at this time and are treated as follows:

| | Creditor's Name | Amount Claimed | Proposed Principal Amount | Interest Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|---|---|
| 014 | HSBC BANK NEVADA NA BEST BUY 3558 | 955.63 | 1,782.00 | 5.25 | 60 | | 1,088.40 |
| 026 | USAA (Outside) 9126 | .00 | .00 | .00 | 60 | | .00 |
| 027 | USAA 9126 *arrears 2007 Toyota* | 323.72 | 324.68 | .00 | 60 | | 323.72 |
| 028 | USAA 8836 *202 Mercury* | 4,128.11 | 4,898.00 | 5.25 | 60 | | 4,702.80 |
| 039 | HSBC BANK NEVADA NA BEST BUY 1438 | 670.80 | .00 | 5.25 | 60 | | 764.40 |
| 900 | US BANK 5450 *1520 91 @ 60 - ongoing mort* | 91,254.60 | 91,254.60 | .00 | 60 | 1,520.91 | 91,254.60 |
| 901 | US BANK 5450 | .00 | .00 | .00 | 60 | | .00 |
| 902 | US BANK 5450 *prepetition arrears* | 235.84 | .00 | .00 | 60 | | 235.84 |

Total Fix Pymnts: 1,520.91

Total Claimed Amount: $ 97,568.70        Total Due Claims: $ 98,369.76

### C. Unsecured Claims:

| | Creditor's Name | Amount Claimed | Proposed Principal Amount | Interest Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|---|---|
| 001 | AT&T UNIVERSAL CARD | .00 | .00 | .00 | 60 | | .00 |
| 002 | ECAST SETTLEMENT CORPORATION CITIBANK 9549 | 21,697.43 | 21,279.00 | .00 | 60 | | .00 |
| 003 | MIDLAND FUNDING LLC 4574 | 2,954.69 | 2,954.00 | .00 | 60 | | .00 |
| 004 | BARCLAYS BANK DELAWARE 9001 | .00 | 3,662.00 | .00 | 60 | | .00 |
| 005 | BEST BUY | .00 | .00 | .00 | 60 | | .00 |
| 006 | BEST BUY | .00 | .00 | .00 | 60 | | .00 |
| 007 | BLANCA SANCHEX TORREZ | .00 | .00 | .00 | 60 | | .00 |
| 008 | ECAST SETTLEMENT CORPORATION CHASE 4264 | 2,988.20 | 2,876.00 | .00 | 60 | | .00 |
| 009 | CHASE | .00 | .00 | .00 | 60 | | .00 |
| 010 | NATIONAL CAPITAL MANAGEMENT 5095/5386 | 8,081.31 | 7,646.00 | .00 | 60 | | .00 |

III. Claims Detail

C. Unsecured Claims:

| | Creditor's Name | Amount Claimed | Proposed Principal Amount | Interest Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|---|---|
| 011 | CITIFINANCIAL | .00 | .00 | .00 | 60 | | .00 |
| 012 | CITIFINANCIAL | .00 | .00 | .00 | 60 | | .00 |
| 013 | PRA RECEIVABLES MANAGEMENT LLC SAMS 6817 | 1,538.89 | 1,509.00 | .00 | 60 | | .00 |
| 014 | HSBC BANK NEVADA NA BEST BUY 3558 | 774.53 | .00 | .00 | 60 | | .00 |
| 015 | HSBC BEST BUY 3558 | .00 | 1,688.00 | .00 | 60 | | .00 |
| 017 | CHASE BANK USA NA KOHLS 2115 | 2,785.35 | 2,706.00 | .00 | 60 | | .00 |
| 018 | KOHLS | .00 | .00 | .00 | 60 | | .00 |
| 020 | SAMS CLUB | .00 | .00 | .00 | 60 | | .00 |
| 021 | PRA RECEIVABLES MANAGEMENT LLC SEARS 0359 | 2,539.35 | 1,954.90 | .00 | 60 | | .00 |
| 023 | US BANK | .00 | .00 | .00 | 60 | | .00 |
| 024 | USAA | .00 | .00 | .00 | 60 | | .00 |
| 025 | USAA | .00 | .00 | .00 | 60 | | .00 |
| 029 | USAA FEDERAL SAVINGS BANK 1383 | .00 | 6,991.00 | .00 | 60 | | .00 |
| 030 | USAA 2221 | 5,510.05 | 5,430.00 | .00 | 60 | | .00 |
| 031 | USAA FEDERAL SAVINGS BANK 8510 | 8,560.81 | 8,560.00 | .00 | 60 | | .00 |
| 032 | USAA SAVINGS BANK | .00 | .00 | .00 | 60 | | .00 |
| 033 | USAA FEDERAL SAVINGS BANK | .00 | .00 | .00 | 60 | | .00 |
| 034 | HSBC BANK NEVADA NA | .00 | .00 | .00 | 60 | | .00 |
| 035 | OAK HARBOR CAPITAL LLC 3122 | 3,796.27 | .00 | .00 | 60 | | .00 |
| 036 | OAK HARBOR CAPITAL LLC | .00 | .00 | .00 | 60 | | .00 |
| 037 | MATTHEW T MCKEE | .00 | .00 | .00 | 60 | | .00 |
| 038 | USAA | .00 | .00 | .00 | 60 | | .00 |
| 039 | HSBC BANK NEVADA NA BEST BUY 1438 | 1,187.66 | .00 | .00 | 60 | | .00 |
| 040 | PRA RECEIVABLES MANAGEMENT LLC | .00 | .00 | .00 | 60 | | .00 |

Total Fix Pymnts: 0.00

Total Claimed Amount: $ 62,414.54

Total Due Claims: $ .00